# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 30, 2017

## NO. 03-16-00654-CR

### Ex parte Kriss Ray Camp

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record and appellant's arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.